IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | PO-15-5243-M-JCL |
| --- | --- |
| Plaintiff, | CVB Violation No: F4452005 |
| vs. | ORDER DISMISSING AND VACATING TRIAL |
| IRENE K. QUAYLE, | |
| Defendant. | |

The United States of America has moved to dismiss this matter with prejudice. Accordingly,

IT IS ORDERED that this case is **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for October 6, 2016 at 11:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 28th day of September, 2016.

Jeremiah C. Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB

ORDER DISMISSING AND VACATING TRIAL            1